AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

FILED
STATESVILLE, N.C.
OCT 29 2008
U.S. DISTRICT COURT
W. DIST. OF NC

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ANDRE LAMONT GIBBS | ) Case No: 5:98CR192-007 |
| | ) USM No: 13671-058 |
| Date of Previous Judgment: January 19, 2000 | ) Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __140__ months is reduced to __time served__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __29__  Amended Offense Level: __27__
Criminal History Category: __V__  Criminal History Category: __V__
Previous Guideline Range: __140__ to __175__ months  Amended Guideline Range: __120__ to __150__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __January 19, 2000__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __October 29, 2008__

Effective Date: _____
(if different from order date)

Richard L. Voorhees
United States District Judge